IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FABIOLA TOVAR HUERTA AND JULIO GARCIA, INDIVIDUALLY AND AS NEXT OF FRIENDS, PARENTS, AND NATURAL GUARDIANS OF JULIAN GARCIA TOVAR, A MINOR<br><br>PLAINTIFFS,<br><br>v.<br><br>SOUTHSIDE MEDICAL CENTER, INC., THE MOREHOUSE SCHOOL OF MEDICINE, INC., MOREHOUSE COLLEGE (INC.), MOREHOUSE HEALTHCARE INC., MOREHOUSE CHOICE ACCOUNTABLE CARE ORGANIZATION AND EDUCATION SYSTEM, INC., ROBERT ANTHONY HOLNESS, M.D., AND HEATHER EDWARDS, M.D.<br><br>DEFENDANTS. | Civil Action No. |

**NOTICE OF REMOVAL**

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, ATLANTA Division

Southside Medical Center, Inc. and Heather Edwards, M.D., by and through the Acting United States Attorney for the Northern District of Georgia, and pursuant to 28 U.S.C. § 1442(a), files this notice of removal of proceedings initiated in the State Court of DeKalb County, State of Georgia, styled as *Fabiola*

*Tovar Huerta et al. v. Southside Medical Center, Inc. et al.*, 14A53716E7.  In support of this removal the Southside Medical Center, Inc. and Heather Edwards, M.D. respectfully shows the following:

1. This lawsuit is one that may be removed to federal court pursuant to 28 U.S.C. § 1442(a)(1).

2. At all times relevant to Plaintiff's Complaint, Southside Medical Center, Inc. and Heather Edwards, M.D. (the "Federal Defendants") were deemed federal employees for purposes of the Federally Supported Health Centers Assistance Act of 1972 ("FSHCAA"), 42 U.S.C. § 233(g)- (n).  *See* Certification, attached hereto as Exhibit A.

3. The Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671, *et seq.*, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 (the "Westfall Act"), Pub. L. No. 100-694 §§ 5, 6, 102 Stat. 4563 (1988) (codified at 28 U.S.C. § 2679), provides that suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the action of federal employees taken within the scope of their office or employment. *See* 28 U.S.C. § 2679(b)(1).

4. The FTCA provides that federal district courts shall have exclusive jurisdiction of civil actions on claims against the United States.  *See* 28 U.S.C. § 1346(b).

5.  The action is one against the United States, an agency thereof, or an officer of the United States or of an agency thereof, acting in his or her official or individual capacity.  Therefore, removal is proper under 28 U.S.C. § 1442(a).

6. In accordance with 28 U.S.C. § 2679(d)(2) upon certification that the defendant employee was acting within the scope of his employment, any civil action commenced upon such claim in State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending.

7. In accordance with 28 U.S.C. § 1446(a) and applicable Local Rules, copies of all process, pleadings, and orders filed in the state court in this action are attached to this pleading as Exhibit B.

WHEREFORE, the Southside Medical Center, Inc. and Heather Edwards, M.D. pray that the above-captioned action now pending in the State Court of DeKalb County, State of Georgia, be removed therefrom to this Court, and to effect and prepare this United States District Court for the Northern District of Georgia the true record of all proceedings that may have been had in the State Court of DeKalb County, Georgia.

Dated: April 30, 2015.

          Respectfully submitted,

          JOHN A. HORN
           *Acting United States Attorney*


          */s/ Ellen H. Persons*
          ELLEN H. PERSONS
          *Special Assistant U.S. Attorney*
          Georgia Bar No. 930133
          Ellen.persons@usdoj.gov

          Darcy F. Coty
          *Assistant U.S. Attorney*
          Georgia Bar No. 259280
          Darcy.coty@usdoj.gov

          600 U.S. Courthouse
          75 Spring Street SW
          Atlanta, GA 30303
          (404) 581-6000   Fax (404) 581-4640

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FABIOLA TOVAR HUERTA AND JULIO GARCIA, INDIVIDUALLY AND AS NEXT OF FRIENDS, PARENTS, AND NATURAL GUARDIANS OF JULIAN GARCIA TOVAR, A MINOR<br><br>PLAINTIFFS,<br><br>*v.*<br><br>SOUTHSIDE MEDICAL CENTER, INC., THE MOREHOUSE SCHOOL OF MEDICINE, INC., MOREHOUSE COLLEGE (INC.), MOREHOUSE HEALTHCARE INC., MOREHOUSE CHOICE ACCOUNTABLE CARE ORGANIZATION AND EDUCATION SYSTEM, INC., ROBERT ANTHONY HOLNESS, M.D., AND HEATHER EDWARDS, M.D.<br><br>DEFENDANTS. | Civil Action No. |

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing removal has been prepared using Book Antiqua, 13 point font.

*/s/ Ellen H. Persons*
ELLEN H. PERSONS
*Special Assistant U.S. Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FABIOLA TOVAR HUERTA AND JULIO GARCIA, INDIVIDUALLY AND AS NEXT OF FRIENDS, PARENTS, AND NATURAL GUARDIANS OF JULIAN GARCIA TOVAR, A MINOR<br><br>PLAINTIFFS,<br><br>*v.*<br><br>SOUTHSIDE MEDICAL CENTER, INC., THE MOREHOUSE SCHOOL OF MEDICINE, INC., MOREHOUSE COLLEGE (INC.), MOREHOUSE HEALTHCARE INC., MOREHOUSE CHOICE ACCOUNTABLE CARE ORGANIZATION AND EDUCATION SYSTEM, INC., ROBERT ANTHONY HOLNESS, M.D., AND HEATHER EDWARDS, M.D.<br><br>DEFENDANTS. | Civil Action No. |

**Certificate of Service**

This is to certify that I have this date, April 30, 2015, served the within and foregoing Notice of Removal by causing a true and correct copy thereof to be sent to the following individual by first class U.S. Mail, properly addressed and with sufficient postage affixed:

J. Antonio DelCampo
5455 Chamblee Dunwoody Rd.
Dunwoody, Georgia 30338

Lance D. Lourie
Tower Place 200, Suite 1050
3348 Peachtree Rd NE
Atlanta, Georgia 30326

The Morehouse School of Medicine, Inc.
c/o Valerie Montgomery Rice
The Morehouse School of Medicine
830 Westview Drive SW
Atlanta, Georgia 30314-3773

Morehouse College (Inc.)
c/o Dr. Alan D. Robertson, Sr.
830 Westview Drive SW
Atlanta, Georgia 30314-3773

Morehouse Healthcare, Inc.
c/o Santhia L. Curtis
720 Westview Drive SW
Atlanta, Georgia 30310-1458

Morehouse Choice Accountable Care Organization and Education System, Inc.
c/o Emily C. Crosby
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308

Robert Anthony Holness, M.D.
5075 Hastings Terrace
Alpharetta, Georgia 30005

*/s/ Ellen H. Persons*
ELLEN H. PERSONS
*Special Assistant U.S. Attorney*